IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL SHANE DUNN, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 4:15-3767 |
| DAKOTA L. DAVIDSON, | § |
| Defendant. | § |

## VERDICT FORM

The following verdict form was presented to the jury on the 7th day of February, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

## QUESTION 1

Do you find by a preponderance of the evidence that Defendant Dakota L. Davidson used excessive force against Plaintiff Michael Shane Dunn and that Michael Shane Dunn suffered some harm as a result of Defendant Dakota L. Davidson's use of force?

*Answer "Yes" or "No."*     Answer: __YES__

*If you answered "Yes" to Question 1, then answer Question 2. If you answered "No" to Question 1, then you have completed your work and you should sign at the end of this Verdict Form.*

## QUESTION 2

Do you find by a preponderance of the evidence that the actions of Defendant Dakota L. Davidson were objectively reasonable in light of the facts and the circumstances, and that Dakota L. Davidson is entitled to qualified immunity?

*Answer "Yes" or "No."*     Answer: __NO__

*If you answered "No" to Question 2, then answer Question 3. If you answered "Yes" to Question 2, then you have completed your work and you should sign at the end of this Verdict Form.*

## QUESTION 3

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Michael Shane Dunn for the violation of his constitutional rights you find was caused by Defendant Dakota L. Davidson?

*Answer in dollars and cents for damages, if any:*

Answer: $ 12,000

*Please answer Question 4.*

## QUESTION 4

Do you find that Plaintiff Michael Shane Dunn should be awarded punitive damages for Defendant Dakota L. Davidson's conduct?

*Answer "Yes" or "No."*     Answer: YES

*If you answered "Yes" to Question 4, then answer Question 5. If you answered "No" to Question 4, then you have completed your work and you should sign at the end of this Verdict Form.*

## QUESTION 5

What sum of money should be assessed against Defendant Dakota L. Davidson as punitive damages?

*Answer in dollars and cents:*          Answer: $ _8,000_

*The verdict must be unanimous. The foreperson should sign and date the Verdict Form. Each juror also should sign it.*